[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13495
Non-Argument Calendar
_____

D.C. Docket No. 1:13-cr-00055-JRH-BKE-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAVID T. CONNER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(April 3, 2014)

Before WILSON, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

Andrew Magruder, appointed counsel for David T. Conner in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Conner's conviction and sentence is **AFFIRMED**.